J. JOSEPH McGINN and Another, as Copartners, etc., under the Firm Name and Style of GENESEE PRECISION TOOL & DIE COMPANY, Respondents, v. GENERAL FUEL SAVING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

CAROLINE WILKS, as Administratrix, etc., Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concur.

DONNER STEEL COMPANY, Appellant, v. QUEEN CITY FOUNDRY COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. Held, that the correspondence upon which appellant relies to make out a contract fails to show a meeting of minds. All concur.

HORACE S. VAN PATTEN, Respondent, v. WILLARD H. BUNDY, Appellant. — Judgment affirmed, with costs. All concur.

CHRISTINA REESE, Respondent, v. NELSON T. BARRETT, Appellant.— Judgment and order affirmed, with costs. All concur.

GEORGE N. POLITIKAS, Respondent, v. CHARLES F. JOHNS and RAYMOND T. MALLERY, as Sheriff of Cattaraugus County, Appellants.— Judgment and order affirmed, with costs. All concur.

CHARLES GORNBEIN, Respondent, v. NEW HAMPSHIRE FIRE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

NICHOLAS D. PETERS and Others, Doing Business as N. D. PETERS & Co., Appellants, v. LOUISE ADAMS, Respondent.— Judgment affirmed, with costs. All concur.

MINNIE H. BRESIEN, as Administratrix, etc., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

SADAE J. WAZEN, Respondent, v. ROSE DUGGAN, Appellant, Impleaded with MARINE TRUST COMPANY, Defendant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of HENRY W. GRANT, Appellant, for the Removal of FRED McCONNELL, Respondent, from Certain Premises.— Judgment of County Court reversed, and final order of justice of the peace affirmed, with costs in this court and in the County Court to the petitioner. Held, that whether or not the parties agreed to an extension of the lease, and if so, for how long a period, was a question of fact, and the justice's decision to the effect that the extension was for one year only was supported by sufficient evidence and was not against the weight of the evidence. All concur.